

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2021

No. 04-21-00088-CV

**IN THE MATTER OF THE ESTATE OF ELAINE EISELE ADAMS**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14997
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late clerk's record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellant is not entitled to appeal without paying the fee.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee for preparing the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal for want of prosecution if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court